PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 1 2017
CLERK, U.S. DISTRICT COURT
By ________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

LOCKWOOD ROBERT D.
T/N: 808461
Plaintiff's Name and ID Number

TDCJ ALLRED UNIT- 2101 FM 369 NORTH
IOWA PARK, TX. 76367
Place of Confinement

717-CV-134-O

CASE NO.________
(Clerk will assign the number)

v.

SENIOR WARDEN:
MR. EDDIE WILLIAMS (OFFICIAL CAPACITY)(INDIVIDUAL CAPACITYS)
TDCJ ALLRED UNIT- 2101 FM 369 N. IOWA PARK, TX 76367
Defendant's Name and Address

ASSISTANT WARDEN:
MR. GLEN WHITFIELD (OFFICIAL CAPACITY)(INDIVIDUAL CAPACITYS)
TDCJ ALLRED UNIT-2101 FM 369 N. IOWA PARK, TX. 76367
Defendant's Name and Address

MAJOR:
MR. HARGROVE (OFFICIAL CAPACITY)(INDIVIDUAL CAPACITYS)
TDCJ ALLRED UNIT-2101 FM 369 N. IOWA PARK, TX. 76367
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: 8-7-2017
2. Parties to previous lawsuit:
   Plaintiff(s) LOCKWOOD ROBERT A. T/N: 808461
   Defendant(s) TDCJ-CID LORIE DAVIS-DIRECTOR
3. Court: (If federal, name the district; if state, name the county.) U.S. DISTRICT COURT NORTHERN DISTRICT OF TEX.
4. Cause number: 3:17-CV-01795-B-BN
5. Name of judge to whom case was assigned: U.S. MAGISTRATE: JUDGE HORAN
6. Disposition: (Was the case dismissed, appealed, still pending?) STILL PENDING
7. Approximate date of disposition: ___

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: LocKwood RoBERT D. T/N: 808461 Tdcj AllRed UNIT-2101 Fm 369 N. IOWA PARK, TX. 76367

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: SOLE PLAINTIFF: LocKwood RoBERT D. T/N: 808461

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Eddie WilliAms; SENIOR WARDEN; T.D.C.J-I.D AllRed UNIT 2101 FM 369 NORTH-IOWA PARK, TX. 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. DELIBERATLY IGNORED RECTUM, BACK, SPINE COMPLAINTS; TRANSFERED ME BY RETALIATION

Defendant #2: GLEN WHITFIELD: ASSISTANT WARDEN; T.D.C.J-I.D AllRed UNIT 2101 FM 369 N. -IOWA PARK, TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. PURPOSEFULLY IGNORED BACK COMPLAINTS-TRANSFERED ME BY RETALIATION

Defendant #3: HARGROVE; MAJOR; T.D.C.J-I.D. AllRED UNIT 2101 FM 369 N.-IOWA PARK,-TX. 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. TRANSFERED ME BY RETALIATION, AFTER IGNORING STOMACH COMPLAINTS

Defendant #4: BRUCE L. ARMSTRONG: ASSISTANT WARDEN; T.D.C.J-I.D. HUGHES UNIT 3201 FM 929-GATESVILLE, TX. 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. INTENTIONALLY TRANSFERED ME due TO LAW SUITE THREATS ABOUT BACK & RECTUM

Defendant #5: DOUGLAS GREENE; U.T.M.B. REGIONAL MEDICAL DIRECTOR; T.D.C.J.-I.D. HUGHES UNIT, 3201 FM 929-GATESVILLE, TX. 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. EXPLAINED EXAM. PROCED. AND HAD ME TRANSFER due TO RETALIATION ANYWAY

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

T.D.C.J-I.D HUGHES AND ALLRED UNIT WARDENS, MAJORS AND THE U.T.M.B MEDICAL DIRECTOR; ALL TRANSPIRED TO HAVE ME RELEASED FROM ADMINISTRATION SEGREGATION AND TRANSFERED FROM HUGHES TO ALLRED INTENTIONALLY IGNORING MY GONORRHEA, RECTUM AND SPINAL INJURIES DUE, THE SAME STAFF CORRECTIONAL OFFICERS 3 EMPLOYEES WHOM PLACED ME UNCONSTITUTIONALLY ON TEXAS DEATH ROW AS AN INNOCENT MAN CAUSED ~~BUT~~ ABUSE, ASSAULT, 3 TORTURE BACK INJURYS; SO, I WAS PURPOSEFULLY IGNORED AND TRANSFERED BY RETALIATION TO PREVENT ME FROM FILING A LAWSUITE 3 ALERTING FEDERAL AUTHORITY THEY'VE CRIPPLED ME; TRANSFERED ME, DESPITE MY PHYSICAL 3 MENTAL SUFFERING

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'd LIKE THE TEXAS DEATH ROW CARE SYSTEM THAT PERSECUTES ME UNIT TO UNIT, THAT BROKE MY ~~BACK~~, TO REPAIR 3 FIX MY BACK... AND 500 BILLION DOLLARS FOR IRREPAIRABLE RECTUM INJURIES ONLY MALPRACTICE COVERS-UP

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

CECIL BROWN AND LOCKWOOD ROBERT D. (IN ANY ORDER)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

T.D.C.J-I.D. T/N: 808461

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? X YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): U.S. DISTRICT COURT, U.S. MAGISTRATE: HORAN
2. Case number: 3:17-CV-01755-B-BN AND 3:17-CV-02008-N-BN
3. Approximate date sanctions were imposed: JULY AND AUGUST
4. Have the sanctions been lifted or otherwise satisfied? X YES ___ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? X YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): UNITED STATES DISTRICT COURT NORTHER DISTRICT OF TEXAS DALLAS TEXAS
2. Case number: 3:17-CV-01755-B-BN AND 3:17-CV-02008-B-BN
3. Approximate date warning was issued: JULY AND AUGUST MONTHS

Executed on: ____________
DATE

LOCKWOOD ROBERT D. #808461
Lockwood Robert D. #808461
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this NINTH (Day) day of SEPTEMBER (month), 20 17 (year).

LOCKWOOD ROBERT D.
Lockwood Robert D.
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

ORIGINAL COPY DATE: 8-16-2017

IN THE UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK:
FOR THE NORTHERN DISTRICT OF TEXAS ..;
... MR./MS. CLERK OF THE COURTS;

IN THIS HERE ENVELOPE IS AN ART. 11.07 WRIT OF HABEAS CORPUS (13) THIRTEEN PAGES, ONE PETITION TO BEGIN CORRESPONDENE FILE WITH THE COURTS CLERK AND THIS COVER PAGE... REQUESTING REPRIEVE

AND NOW COMES PETITIONER;
LOCKWOOD ROBERT D. T/N: 808461 AND FILES THIS MOTION TO MAKE THE COURT AWARE THAT THE SAME PUBLIC CITY COUNCIL ✱ TWO SERVITUDE AUTHORITY AND TDCJ-I.D. PROPER PRISON OFFICIALS AS WELL AS STATE TEX. DOC J STAFF FROM TEXAS DEATH ROW HENIOUS CRIME CONTRACTED UNLAWFUL SECURITY GATE OPERATIONS UNDER OPERATIONS DIRECTOR (WHO CLAIMS) MR. GARY SCHAFER/SCHANDELING AND/OR JHONSON HAD ME SEXUALLY ASSAULTED FOR TRAVELING FAR OUT OF STATE AND GETTING ALL OF TEXAS PRISON AUTHORITY CAUGHT AT ILLEGAL PRISON SECURITY GATE OPERATIONS

DID THE AFOREMENTIONED BY SNEAK FEEDING ME SUBJECT/AND KING SOFT FED MAGNETS WITH THE AIDE OF MR. PRESIDENT GEORGE H.W. BUSH THEN SENT ME TO TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTION DIVISIONS JUST WRONGFULLY AND PLACED ON TEXAS DEATH ROW UNCONSTITUTIONALLY IN ORDER TO COVER ME DEATH UP BY PHYSICALLY/PSYCHOLOGICAL TORTURE IF I OBTAIN A REPRIEVE FROM THE COURTS WITH THIS MOTION DEFENDANT IN PRO-SE LOCKWOOD ROBERT D. T/N: 808461 PRAYFULLY ASKS THE TEXAS DISTRICT COURTS FOR A DEATH ROW REPRIEVE BECAUSE NOW IM ALREADY PHYSICALLY/PSYCHOLOGICALY TORTURED! Lockwood Robert D TIN: 808461

P.S.- THE DOMESTIC TERRORISIS ASSAULT STORY TO EXCUSE THE ABUSE TORTURE / NOT MINE: I STILL DONT KNOW THE RECTUM INJURY TRUTH::

**OFFICE USE ONLY**

Grievance #: 2016139140
UGI Recd Date: 7-11-16
HQ Recd Date: JUL 15 2016
Date Due: 8-25
Grievance Code: 624
Investigator ID#:
Extension Date:

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

Offender Name: Lockwood Robert A. TDCJ # 808461
Unit: A. Hughes Housing Assignment: 12E-27 Cell
Unit where incident occurred: Diversions Program; Hughes Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...* (ORIGINAL OF TWO COPIES)

I AM DISSATISFIED WITH MY RESPONSE AT STEP ONE; AND SO, APPEAL MY GRIEVANCE NUMBER 2016139140, BECAUSE THE MEDICAL AUTHORITY (T. SMITH, R.N. CNM) WHO ANSWERED MY COMPLAINT DID NOT EVEN CONDUCT AN INVESTIGATION, YOU SEE BECAUSE; ON 4-15-16 MY SICK CALL COMPLAINT WAS REVELENT TO MY SICK CALL ON 4-19-16, AND ON, 4-20-16, WAS SENT TO THE A. HUGHES UNIT TEN BUILDING (OR) ELEVEN BUILDING X-RAY RADIOLOGIST TECHNICHIAN, WHERE X-RAY PHOTOGRAPHES WERE TAKEN BUT THERES NO PROOF IN MY ELECTRONICAL MEDICAL FILES AND / OR CHARTS, EVEN THOUGH THE VERY REASON I, (LOCKWOOD ROBERT A.) (T.D.C.J NUMBER 808461) WAS SEEN AND DIAGNOSED WITH CHRONIC MID BACK PAIN ON 4-20-2016, WAS ALL BECAUSE OF MY SICK CALL ON 4-15-2016 AND AGAIN ON 4-19-2016 BOTH COMPLAINING OF PANCERAS DIABETIS AND SIDE EFFECT HARM KNOW AS A COLLAPSED SPINE (OR) BACK! (WHO DIAGNOSED ME ANYWAY?) AND WHO SCHEDULED ME FOR A PHYSICAL X-RAY AND EXAM? BECAUSE A "BUTT-HOLE" RECTUM EXAM, WITH A FINGER WIPE HAS NOTHING TO DO WITH PANCERAS DIABETIS COLLAPSED BACK PAIN (OR) THE AND THE U.T.M.B T.D.C.J.I.D. HEALTH SERVICES AND MEDICAL DIVISIONS PROVIDER; MR. T. SMITH R.N. CNM CLAIMS I WAS SENT TO? SO HERE AND NOW, UNDER THE U.S. SUPREME COURTS OWN DELIBERATE INDIFFERENCE STANDARDS AM ATTEMPTING TO

MAKE THE PROPER HUGHES UNIT PRISON OFFECIALS AWARE THAT I AM BEING RETALIATED AGAINST BY HUGHES UNIT MEDICAL STAFF AND FOR EMPLOYEES MR. MARICUNIM AND T. SMITH WHOM HAVE CONDUCTED MALPRACTICE, INADEQUATE MEDICAL CARE AND DENIED MY PROPER MEDICAL SICKCALL SCREENING PROCEDUAL RIGHT TO T.D.C.J U.T.M.B PROVIDER; AND I WISH TO SU

**Offender Signature:** Lockwood Robert d. 808461 **Date:** SAT.-7-9-2016

**Grievance Response:**

In your Step 1 medical grievance, you stated you were denied a proper rectal examination on 04/29/2016 after being sexually assaulted. You are requesting to have another exam by a gastroenterologist for a second opinion.

The Step 2 appellate review defers to the response at Step 1. There is no documentation found to show medical has received any Sick Call Requests concerning sexual assault or the need for a sexual assault examination.

If you feel your situation requires further evaluation you are advised to submit a Sick Call Request to the medical department. 2.02

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** ______________________ **Date:** 8-11-16

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ___Screened ___Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ___Screened ___Improperly Submitted
Comments: ______
Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______
Date UGI Recd: ______
Date CGO Recd: ______
(check one) ___Screened ___Improperly Submitted
Comments: ______
Date Returned to Offender: ______

ORIGINAL COPY: DATE: 9-9-2017

IN THE UNITED STATES DISTRICT COURT
OFFICE O/T CLERK
NORTHERN DISTRICT OF TEXAS
RE: WRIT OF CERTIORARI:
DEAR CLERK O/T COURT; HERE WITH THIS, ONE STEP TWO
... CIVIL COMPLAINT, GRIEVANCES, AND INFORMA PAUPIAS FORM, AND A... IS A PETITION TO MAKE YOU
AWARE THAT DESPITE ANY CIRCUMSTANCES
I'M CHOOSING TO APPEAL THE DECISIONS I RECIEVE
ON THIS ISSUE OF COMPLAINT AND AGAIN WILL NEED
YOU TO SEND ME FOUR COPIES OF THE
USC 42 § 1983 CIVIL COMPLAINT FORMS
AND FOUR T.C.C.P ART. 11.07 WRIT OF HABEAS CORPUS
FORMS TO BEGGIN (OR) CONTINUE ACTIVE LITIGATIONS
WITH THE COURT. WHEREFORE... I BEG YOU TO SEND MY
USC 42 § 1983 COMPLAINT TO HIGHER COURT AUTHORITY; MS. Judge SHARON KELLER...
SINCERLY,

Lockwood Robert d
808461
LOCKWOOD ROBERT D.

PRISONER LITIGATION ESSAY REFORM ACT of 1995

ORIGINAL COPY: DATE: SEPT, 11-2017


CAUSE: NO: 5899

PETITION/WRIT OF CERTIORARI
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DEAR CLERK OF THE COURT;
HERE IS MY PETITION AND/OR WRIT OF CERTIORARI TO SUPESEDE (OR) FAST FORWARD MY APPEALS OF ANY AND ALL JUDICIARY AUTHORITY AND THEIR DECISIONS, IN REGARDS TO MY ENCLOSED WRIT FORMS (OR) USC 42 §1983 COMPLAINT... PLEASE, BY ALL MEANS SEND ME TO HIGHER JUDICIOUS AUTHORITY BE IT THE UNITED STATE OF TEXAS 5TH CIRCUIT COURT OF APPEAL OF TEXAS THE U.S. SUPREME COURT JUDGE/JUSTICE OR/AND CONSIDERATION, NAMELY JUDGE: SHARON KELLER FOR ...

THANK-YOU, SINCERLY

Lockwood Robert d.
808461
LOCKWOOD ROBERT d.
DEFENDANT IN PRO-SE

PRISONERS LITIGATION ESSAY REFORM ACT 95

Lockwood Robert D.
T.D.C.J-I.D. T/N: 808461
Allred Unit;
2101 FM 369 North
Iowa Park, Texas
76367

RECEIVED
SEP 21 2017
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1x49
5-24

United States District Court
Office of the Clerk
Northern District of Texas
1000 Lamar St., Room 203
Wichita Falls, TX. 76301